**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS,** | ) ) ) ) ) ) ) ) ) ) |
| v. | |
| **PHILMORE TREVOR ARCHIBALD,** | |
| **Defendant.** | |

Criminal Action No. 2015-0041

**Attorneys:**
**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
 *For the Government*

**Omodare B. Jupiter, Esq.,**
St. Croix, U.S.V.I.
 *For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's "Motion to Suppress Identification" (Dkt. No. 7); the Government's Opposition thereto (Dkt. No.10); the evidence adduced at the suppression hearing held on February 26, 2016; and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's "Motion to Suppress Identification" is **DENIED**.

 **SO ORDERED**.

Date: April 14, 2016         _____/s/_____
                 WILMA A. LEWIS
                 Chief Judge