DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS,<br><br>v.<br><br>PHILMORE TREVOR ARCHIBALD,<br><br>Defendant. | )<br>)<br>)  Criminal Action No. 2015-0041<br>)<br>)<br>)<br>)<br>)<br>) |

**Attorneys:**
**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
*For the Government*

**Omodare B. Jupiter, Esq.,**
St. Croix, U.S.V.I.
*For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's "Motion to Suppress Physical Evidence and Statements" (Dkt. No. 21); the Government's Opposition thereto (Dkt. No.29); the evidence adduced at the suppression hearing held on February 26, 2016; the arguments of counsel at the suppression hearing held on April 15, 2016; and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's "Motion to Suppress Physical Evidence and Statements" is **DENIED**.

**SO ORDERED**.

Date: June 3, 2016                                  _____/s/_____
                                                                 WILMA A. LEWIS
                                                                 Chief Judge